UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRYAN HICKS,

    Plaintiff,

v.                                         Case No. 3:21cv950-MCR-HTC

DEPUTY KIRSTYN LYNN BAISE,
SHERIFF CHIP SIMMONS,

    Defendants.

_____/

## **ORDER**

    The magistrate judge issued a Report and Recommendation on August 26, 2021 (ECF No. 5), recommending that the case be dismissed under the *Younger* abstention doctrine and for failure to state a claim. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There are no timely filed objections.

    Having considered the Report and Recommendation, and the record, I have determined the Report and Recommendation should be adopted.

Case No. 3:21cv950-MCR-HTC

Accordingly, it is **ORDERED**:

1. This case is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915A under the *Younger* abstention doctrine and for failure to state a claim.

2. The clerk is directed to close the file.

**DONE AND ORDERED** this 1st day of October 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv950-MCR-HTC